# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CURTHAN SMITH** a/k/a **CURTHAN G. SMITH**
a/k/a **GEORGE SMITH,**
Appellant,

v.

**BANK OF AMERICA, N.A.,** and **LAKESIDE AT TAMARAC
CONDOMINIUM ASSOCIATION, INC.,**
Appellees.

No. 4D18-2539

[January 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE16014937.

Curthan Smith, Tamarac, pro se.

Alan M. Pierce of Liebler, Gonzalez & Portunondo, Miami, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***